

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00851-CV

Stephanie **VELA**, Individually and as Next Friend of Juliet Banuelos,
Appellants

v.

James **KEISER**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI17844
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the agreed motion to dismiss is GRANTED, the trial court's judgment is VACATED without regard to the merits, and this appeal is REMANDED to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We order that appellee James Keiser recover his costs of appeal, if any, from appellant Stephanie Vela, Individually and as Next Friend of Juliet Banuelos.

SIGNED May 29, 2019.

_____
Beth Watkins, Justice